UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:19-CR-130, |
| | ) | 3:19-CR-33 |
| WILLIAM KYLE JOHNSON | ) | |
| | ) | |

**ORDER**

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); (2) adjudicate Defendant guilty of the charges set forth in Count One of the Information; and (3) find that Defendant shall remain in custody until sentencing in this matter [D. 7]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 7] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), is **ACCEPTED**;

1

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Information;

(3) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **June 15, 2020 at 11:00 a.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**